

ORDERED in the Southern District of Florida on September 17, 2013.



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

WAYNE H MARTIN

                        Debtor(s)

_____/

CASE NO. 13-11157-EPK
CHAPTER 7

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY (D.E. 39)

THIS CAUSE came on hearing September 12, 2013, upon Motion of Creditor, NATIONSTAR MORTGAGE, LLC (D.E. 39), and seeking relief from the automatic stay. For reasons stated orally and recorded in open Court, it is

ORDERED: The Motion for Relief from Automatic Stay be, and the same is, hereby granted.  It is further

ORDERED: The Order Granting Relief Motion for Modification of Automatic Stay be, and the same is, hereby entered for the sole purpose of allowing Creditor to obtain an in-rem

judgment against the property, to wit:

Lot 19 of BOCA FALLS - PARCEL M, according the Plat thereof, as recorded in Plat Book 76, Page 12, of the Public Records of Palm Beach County, Florida.

**A/K/A: 21329 GOSIER WAY, BOCA RATON, FL 33428**

And any other remedies the Creditor may have under applicable non-bankruptcy law and that

Movant shall not seek or obtain an in-personam judgment against the Debtor.

###

Kevin A. Comer is directed to serve copies of this order on the parties listed and file a certificate of service.

Copies furnished to:

NATIONSTAR MORTGAGE, LLC
C/O KEVIN A. COMER
9204 KING PALM DRIVE
TAMPA, FL 33619

WAYNE H MARTIN
21329 GOSIER WAY
BOCA RATON, FL 33428

JOE GRANT,ESQUIRE
365 EAST PALMETTO PARK ROAD
BOCA RATON, FLORIDA 33432

NICOLE MEHDIPOUR, TRUSTEE
401 E LAS OLAS BLVD # 130-457
FT LAUDERDALE, FL 33301

UNITED STATES TRUSTEE
51 SOUTHWEST FIRST AVENUE, SUITE 1204
MIAMI, FL 33130